NUMBER 13-04-364-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN THE ESTATE OF RICARDO CASTILLO, DECEASED
___________________________________________________________________

On appeal from the County Court 
of Kleberg County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, LAURA CUEVAS, attempted to perfect an appeal from a judgment
entered by the County Court of Kleberg County, Texas, in cause number 5103. 
Judgment in this cause was signed on April 15, 2004. A timely motion for new trial
was filed on April 30, 2004. Pursuant to Tex. R. App. P. 26.1, appellant’s notice of
appeal was due on July 14, 2004, but was not filed until July 16, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 21st day of October, 2004.